# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REXFORD PROPERTIES LLC, | Case No. 1:23-cv-00276-ADA-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |
| v. | |
| AGCS MARINE INSURANCE COMPANY, | (ECF No. 20) |
| Defendant. | |

On May 9, 2023, a scheduling order issued setting a deadline of August 31, 2023, for the filing any stipulation requesting leave to amend. (ECF No. 15.) On July 28, 2023, the parties filed a stipulation agreeing to allow Plaintiff leave to file a first amended complaint. The Court finds good cause to grant the parties' stipulated motion.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion for leave to file a first amended complaint is GRANTED;
2. Plaintiff shall file the first amended complaint within five (5) days of entry of this order; and
3. Defendant shall file a responsive pleading to the first amended complaint within twenty-one (21) days of service.

IT IS SO ORDERED.

Dated: **July 31, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

2