# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REXFORD PROPERTIES LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>AGCS MARINE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00276-ADA-SAB<br><br>ORDER ENTERING STIPULATED PROTECTIVE ORDER<br><br>(ECF No. 25) |

  Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

  1.  The stipulated protective order filed on September 27, 2023, (ECF No. 25), is ENTERED;

  2.  The provisions of the parties' stipulation and this protective order shall remain in effect until further order of the Court;

  3.  The parties are advised that pursuant to the Local Rules of the United States District Court, Eastern District of California, any documents which are to be filed under seal will require a written request which complies with Local Rule 141;

1

4. The party making a request to file documents under seal shall be required to show either good cause or compelling reasons to seal the documents, depending on the type of filing, Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 677–78 (9th Cir. 2009); Ctr. for Auto Safety v. Chrysler Grp., LLC, 809 F.3d 1092, 1101 (9th Cir. 2016); and

5. If a party's request to file Protected Material under seal is denied by the Court, then the previously filed material shall be immediately accepted by the court and become information in the public record and the information will be deemed filed as of the date that the request to file the Protected Information under seal was made.

IT IS SO ORDERED.

Dated:   **September 28, 2023**

_____
UNITED STATES MAGISTRATE JUDGE